SAMUEL KOHN, Respondent, v. MOSES H. HARRIS, Appellant.

Appeal from an order, made at Special Term, denying a motion to dismiss the complaint because of plaintiff's unreasonable neglect to proceed.

PER CURIAM: No sufficient or satisfactory excuse has been offered for the delay in prosecution. The order appealed from is, therefore, reversed, with ten dollars costs and disbursements, and the motion granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ. Order so far as appealed from reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs.